UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

HEDWIG LISMONT,

    Plaintiff,

v.

ALEXANDER BINZEL CORPORATION,
ALEXANDER BINZEL SCHWEISSTECHNIK
GMBH & CO. KG, ABICOR
UNTERNEHMENSVERWALTUNGS GMBH,
IBG INDUSTRIE-BETEILIGUNGS-GMBH &
CO. KG and RICHARD SATTLER,

    Defendants.

Case No. 2:12-cv-592

Hon. Mark S. Davis

---

**DEFENDANT ALEXANDER BINZEL CORPORATION, ALEXANDER BINZEL SCHWEISSTECHNIK GMBH & CO. KG,
ABICOR UNTERNEHMENSVERWALTUNGS GMBH,
IBG INDUSTRIE-BETEILIGUNGS-GMBH & CO. KG and RICHARD SATTLER'S
MOTION TO DISMISS UNDER
FEDERAL RULE OF CIVIL PROCEDURE 12(B)(2) AND (6)**

_____

Defendants hereby move this Court, in accordance with Federal Rule of Civil Procedure 12(b)(2) and (6), to dismiss Plaintiff Hedwig Lismont's Complaint in its entirety. In support of their motion, Defendants rely on the statements, arguments, and law contained in the accompanying Brief in Support of this Motion.

Dated: January 30, 2013

                ALEXANDER BINZEL CORPORATION,
                ALEXANDER BINZEL SCHWEISSTECHNIK
                GMBH & CO. KG, ABICOR
                UNTERNEHMENSVERWALTUNGS GMBH,
                IBG INDUSTRIE-BETEILIGUNGS-GMBH & CO. KG
                RICHARD SATTLER

                */s/ Richard H. Ottinger*

Richard H. Ottinger
Virginia State Bar #38842
*Counsel for Defendants*
rottinger@vanblk.com
Vandeventer Black, LLP
500 World Trade Center
Norfolk, Virginia 23510-1699
Telephone: (757) 446-8600
Facsimile: (757) 446-8670

Douglas A. Dozeman
Michigan Bar #P35781
*Admitted Pro Hac Vice*
ddozeman@wnj.com
Warner Norcross and Judd LLP
Grand Rapids, MI  49503
616.752.2148

CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, January 30, 2013, I will I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing (NEF) to the following registered users:

| | |
|---|---|
| Jeremy Mindlin Jay<br>Leydig Voit & Mayer, P.C.<br>700 13th St NW, Suite 300<br>Washington, DC 20005<br>Email: jjay@leydig.com | Stephanie Marie Lawley<br>Leydig Voit & Mayer, P.C.<br>700 13th St NW, Suite 300<br>Washington, DC 20005<br>Email: slawley@leydig.com |
| Brett Alan Hesterberg<br>Leydig Voit & Mayer Ltd.<br>Two Prudential Plaza, Suite 4900<br>Chicago, IL 60601<br>Email: bhesterberg@leydig.com | Heinz Michael Hartmann<br>Leydig Voit & Mayer Ltd.<br>Two Prudential Plaza, Suite 4900<br>Chicago, IL 60601<br>Email: mhartmann@laydig.com |

Paul John Korniczky
Leydig Voit & Mayer Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601
Email: pkorniczky@leydig.com

/s/ Richard H. Ottinger

Richard H. Ottinger, Esquire
Virginia State Bar #38842
*Counsel for Defendants Alexander Binzel Corporation*
*Alexander Binzel Schweisstechnik GMBH & Co. KG*
*Abicor Unternehmensverwaltungs GMBH*
*IBG Industrie-Beteiligungs-GMBH & Co. KG, and Richard Sattler*
rottinger@vanblk.com
Vandeventer Black, LLP
500 World Trade Center
Norfolk, Virginia 23510-1699
(757) 446-8600
(757) 446-8670 – facsimile